JAMES R. GREINER, ESQ., CSB # 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net
ATTORNEY FOR DEFENDANT
THEODORE R. OHAGEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.NO.S 12-451-KJM |
| | ) | |
| PLAINTIFF, | ) | STIPULATION BETWEEN THE |
| | ) | PARTIES TO MODIFY THE |
| v. | ) | PRETRAIL RELEASE |
| | ) | CONDITIONS OF DEFENDANT |
| THEODORE R. OHAGEN, et al., | ) | THEODORE R. OHAGEN |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff, United States of America, represented by Assistant United States Attorney Michael D. McCoy, and counsel for defendant THEODORE R. OHAGEN, attorney James R. Greiner, hereby agree and stipulate that the pre-trial release conditions of the defendant may and can be modified as follows:

1

1- The pre-trial release condition of curfew is no longer required and it is agreed this pre-trial release condition can be stricken from the pre-trial release conditions;

2- The pre-trial release condition of having a third party custodian is no longer required and it is agreed that this pre-trial release condition can be stricken from the pre-trial release conditions.

It is so agreed and stipulated to by the parties.

In addition, pre-trial is in agreement with this request.

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: November 19, 2013

/s/ MICHAEL D. McCOY
_____
Michael D. McCoy
Assistant United States Attorney


LAW OFFICES OF JAMES R. GREINER

DATED: November 19, 2013

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
Theodore R. Ohagen

Order

The Court having read and considered the agreement and stipulation between the parties, hereby makes the following Order

1- The pre-trial release condition of curfew is no longer required and it is stricken from the pre-trial release conditions of the defendant Theodore R. Ohagen

2- The pre-trial release condition of having a third party custodian is no longer required and it is stricken from the pre-trial release conditions of the defendant Theodore R. Ohagen.

IT IS SO ORDERED.

Dated: November 20, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE